UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

RICHARD MARASCO, individually on behalf of himself and all others similarly situated,

                Plaintiff,

– against –

AMERICAN EXPEDITING COMPANY, INC., A TO Z LOGISTICS, INC., VICTOR FINNEGAN, and JOHN DOES 1-25,

                Defendants.

Case No. 16 Civ. 00232 (PKC)(JO)

**STIPULATION AND ORDER OF DISMISSAL**

---

IT IS HEREBY STIPULATED AND AGREED pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure by and between the undersigned counsel of record, the Sultzer Law Group PC for Plaintiff and Eastwood, Scandariato & Steinberg for Adam Dally that the above-captioned action be and the same hereby is dismissed without prejudice as to former defendant Adam Dally and without an award of costs against any party.

Dated: New York, New York
       November 15, 2016

THE SULTZER LAW GROUP PC

By: _____
Attorneys for Plaintiff
14 Wall Street, 20th Floor
New York, NY 10005
(212) 618-1938

EASTWOOD, SCANDARIATO & STEINBERG

By: _____
      Eric Steinberg
Attorneys for Adam Dally
336 President Street
Saddle Brook, NJ 07663
(973) 253.1500

SO ORDERED

_____
USDJ