

NEW YORK | PENNSYLVANIA | NEW JERSEY | CALIFORNIA

August 16, 2018

**VIA ECF**
The Honorable James Orenstein
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

    **Re: Marasco v. American Expediting Company, Inc. et al.**
      **Case No.: 16 Civ. 00232 (PKC)(JO)**

Dear Judge Orenstein:

  This office represents plaintiff Richard Marasco in the above referenced matter.

  On August 3, 2018, the Court set a schedule for plaintiff's conditional certification motion, which is to be filed on or before August 17, 2018. As we reported to Your Honor at the conference, the parties engaged in mediation on August 2, 2018, but were unable to reach a resolution at that time.

  We are pleased to report that the parties have reached an agreement in principal to settle the case. The parties are now in the process of preparing a written agreement, along with a motion for preliminary approval of the settlement. Accordingly, we request that the schedule for briefing on plaintiff's condition certification motion be adjourned.

  With the Court's permission, plaintiff will file a motion requesting preliminary approval of the settlement on or before October 5, 2018. We have attached a proposed order for the Court's review.

  We thank the Court for its time and attention to this matter.

         Very truly yours,
        **THE SULTZER LAW GROUP P.C.**

          /s/

         Jeremy Francis

cc: Counsel of record (via ECF)

14 Wall Street, 20th Floor | New York, New York 10005 | Phone (212) 618-1938 | Fax: (888) 749-7747 | thesultzerlawgroup.com