UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD MARASCO, individually on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>A TO Z LOGISTICS, INC., *et al.*<br><br>Defendants. | Case No. 16-cv-00232 (PKC) (JO)<br><br>**SUPPLEMENTAL DECLARATION OF MELISSA BALDWIN** |

I, Melissa Baldwin, declare as follows:

1. I am a Director of Claims Administration with RG/2 Claims Administration, LLC ("**RG/2 Claims**"), the Settlement Claims Administrator retained in this matter, located at 30 S 17th St, Philadelphia, PA 19103. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

### Additional Claim Form Received

2. As set forth in the March 29, 2019 Declaration of Melissa Baldwin, subsequent to the close of the claims period on February 25, 2019, RG/2 Claims was contacted by the Parties and informed that Keith Brown, who was previously employed by A to Z Logistics as a messenger, was mistakenly excluded from the Class List initially provided. At the direction of the Parties, RG/2 Claims prepared an additional Notice and Claim Form for Mr. Brown, which Plaintiff's Counsel provided directly to Mr. Brown on March 18, 2019. Pursuant to an agreement by the Parties, Mr. Brown was given until April 5, 2019 to submit his Claim Form to be included in the distribution of the settlement proceeds. Mr. Brown's estimated award was $4,979.97.

3.  On April 8, 2019, RG/2 Claims received the completed Claim Form from Keith Brown. The Claim was enclosed in an envelope with a postmark date of April 3, 2019. I understand that the Parties have agreed to accept Mr. Brown's Claim Form as valid and timely, and to treat Mr. Brown as a Participating Claimant. A copy of Mr. Brown's Claim Form, with his contact information redacted, is attached hereto as **Exhibit A**.

## Updated Preliminary Allocations

4.  Pursuant to the Joint Stipulation, RG/2 Claims has updated the calculation of the Class Members' estimated awards to include Keith Brown's Claim.

5.  The revised average award claimed is $2,644.47, the highest was $12,639.21, and the lowest was $7.88.

6.  The total dollar amount claimed by Participating Claimants based on RG/2 Claims' calculations, now including Mr. Brown's claim, totals approximately $71,400.66.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: April 9, 2019

Melissa Baldwin